

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-22-00306-CR

**EX PARTE** Michael Omar **LOPEZ**

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1981-W5
Honorable Melisa C. Skinner, Judge Presiding

**ORDER**

    In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

    It is so **ORDERED** on August 3, 2022.

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

_____
Michael A. Cruz, Clerk of Court